```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INDICTMENT

        - v. -                     :

ALAN SCHAEFER,                     :
    a/k/a "AlanSnyc39@aol.com"
    a/k/a "alansnyc2@hotmail.com," :
    a/k/a "alansnyc39@yahoo.com,"  :

                                   :
                Defendant.         :
- - - - - - - - - - - - - - - - - - -x
```



07 CRIM. 498

COUNT ONE

The Grand Jury charges:

In or about July 2005, ALAN SCHAEFER, a/k/a "AlanSnyc39@aol.com," a/k/a "alannyc2@hotmail.com," a/k/a "alansnyc39@yahoo.com," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in a sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, SCHAEFER used a computer and the Internet to attempt to entice, induce, coerce, and persuade a minor to engage in sexual activity in violation of New York State laws.

(Title 18, United States Code, Section 2422(b).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney