USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2007

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 27, 2007

BY HAND

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2510
New York, New York 10007

RECEIVED
OCT - 1 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re: United States v. Alan Schaefer
    07 Cr. 498 (DAB)

Dear Judge Batts:

Granted
/s/ DAB
10/1/2007

A conference in the above referenced case was set today for November 26, 2007 at 10:30 a.m. In order to allow defense counsel to continue reviewing discovery and make motions in this case, the Government requests an exclusion of time under the Speedy Trial Act from now until November 26, 2007. Defense counsel consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Steve C. Lee
Assistant U.S. Attorney
(212) 637-2413

cc: Gary Becker (by fax)

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS    10/1/2007
UNITED STATES DISTRICT JUDGE