UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA )

                                                    )

            v.                                      )

                                                    )

ALAN SCHAEFER,                       )

      a/k/a "AlanSnyc39@aol.com,"    )

      a/k/a "alansnyc2@hotmail.com," )

      a/k/a "alansnyc39@yahoo.com,"  )

                                                    )

                    Defendant.              )

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
07 Cr. 498 (DAB)**

TO:    Clerk of Court
       United States District Court
       Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York

                        by:  /s/ Christian R. Everdell

                        Assistant United States Attorney
                        (212) 637-2556