MEMO ENDORSED

LAW OFFICES OF

# GARY G. BECKER, L.L.C.

200 WEST 57TH STREET · SUITE 900

NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

January 31, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2008
```

Re:  United States v. Alan Schaefer
07 Cr. 498 (DAB)

Dear Judge Batts:

Without objection from the government, this letter is respectfully submitted on behalf of Alan Schaefer to request a thirty-day enlargement of his time to file pre-trial motions, until March 3, 2008. The primary reason for this request is that a very serious family medical matter has taken me out of the office for extended periods during the past several weeks and I have been unable to devote the time needed to prepare the motions. As I informed the Court at the last conference, I do expect the motions in this case to be substantial and the requested adjournment will afford me the time needed to complete them.

Commensurate with all the dates in the current pre-trial motion schedule, I respectfully suggest that the schedule be modified, as follows;

Mr. Schaefer's motions:   March 3, 2008
Government response:      March 31, 2008
Mr. Schaefer's reply:     April 21, 2008

*The next conference in this matter shall be held on Monday, June 2, 2008 at 11:00 AM. In the interests of justice, pursuant to the Speedy Trial Act, time is hereby excluded until Monday, June 2, 2008.  /s/ DAB 1/31/2008*

*Granted, schedule approved. /s/ DAB 1/31/2008*

The next scheduled appearance in this matter is April 21, 2008, at 4 p.m, a date the Court may wish to change in view of this application.

**SO ORDERED**

*Deborah A. Batts   1/31/2008*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE, USA
cc: Christian R. Everdell

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

MEMO ENDORSED