MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2008

LAW OFFICES OF
GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

March 3, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Alan Schaefer
07 Cr. 498 (DAB)

MEMO ENDORSED

Dear Judge Batts:

Granted
DAB
3/3/2008

I am an associate, pending admission, in this firm, and am writing at Mr. Becker's request. Without objection from the government, this letter is respectfully submitted on behalf of Alan Schaefer to request a four-day enlargement of his time to file pre-trial motions, until March 7, 2008. The primary reason for this request is that a very serious ongoing family medical matter has taken Mr. Becker out of the office for extended periods over the past several weeks, and interfered with our completion of these motions.

Commensurate with all the dates in the current pre-trial motion schedule, Mr. Becker respectfully requests that the schedule be modified, as follows:

| | |
|---|---|
| Mr. Schaefer's motions: | March 7, 2008 |
| Government response: | April 4, 2008 |
| Mr. Schaefer's reply: | April 25, 2008 |

MEMO ENDORSED

LAW OFFICES OF
GARY G. BECKER, L.L.C.

MEMO ENDORSED

The next conference in this matter is currently scheduled for June 6, 2008. Neither we nor the government request a postponement of that scheduled appearance.

Respectfully submitted,

Terri S. Rosenblatt

cc: Christian R. Everdell, AUSA

MEMO ENDORSED

SO ORDERED

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
3/3/2008

MEMO ENDORSED