UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                - against -

ALAN SCHAEFER,

                          Defendants

------------------------------------------------------------X

**AFFIRMATION**

07 Cr. 498 (DAB)

    GARY G. BECKER, hereby affirms the following under penalty of perjury:

1. I am an attorney duly admitted to practice law before this Court, and I am counsel to defendant Alan Schaefer. I make this Affirmation in support of the within pre-trial motions of Mr. Schaefer.

2. I affirm that the facts alleged in the accompanying Memorandum of Law are true and correct to the best of counsel's knowledge and that the exhibits attached hereto are true and accurate copies.

Dated: New York, New York
       March 11, 2008

                                            GARY G. BECKER