# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ALAN SCHAEFER,

Defendant.

---

Indict No.
00580/2006

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuse the defendant of the crime of **AN ATTEMPT TO COMMIT THE CRIME OF DISSEMINATING INDECENT MATERIAL TO MINORS**, in violation of Penal Law §§110/235.22, committed as follows:

The defendant, in the County of New York, on or about July 19, 2005, knowing the character and content of the communication which in whole and in part, depicted sexual conduct, and which is harmful to minors, intentionally used a computer communication system allowing the input, output, examination and transfer, of computer data and computer programs from one computer to another, to attempt to imitate and engage in such communication with a person defendant believed to be a minor; and my means of such communication attempted to importune, invite, and induce a minor to engage in sexual contact with him.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of **AN ATTEMPT TO COMMIT THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE**, in violation of Penal Law §§110/130.60(2), committed as follows:

The defendant, in the County of New York, on or about July 20, 2005, attempted to subject an individual, who was less than fourteen years old, to sexual contact, to wit, contact between the mouth of the defendant and the mouth of said individual.

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of **AN ATTEMPT TO COMMIT THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE**, in violation of Penal Law §§110/130.60(2), committed as follows:

The defendant, in the County of New York, on or about July 20, 2005, attempted to subject an individual, who was less than fourteen years old, to sexual contact, to wit, contact between said individual and the penis of defendant.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of **ENDANGERING THE WELFARE OF A CHILD**, in violation of Penal Law §260.10(1), committed as follows:

The defendant, in the County of New York, on or about July 20, 2005, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of a child less than seventeen years old.

FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of **AN ATTEMPT TO COMMIT THE CRIME OF ENDANGERING THE WELFARE OF A CHILD**, in violation of Penal Law §§110/260.10(1), committed as follows:

The defendant, in the County of New York, during the period of from on or about July 7, 2005 to on or about July 20, 2005, attempted to knowingly act in a manner likely to be injurious to the physical, mental and moral welfare of a child less than seventeen years old.

ROBERT M. MORGENTHAU
District Attorney