# EXHIBIT B

S.C.C.R-11-Rev 8/00

**SUPREME COURT OF THE STATE OF NEW YORK**

COUNTY OF __NY__

Alan Schaefer

INDICTMENT NO. __580-2006__

DATE OF BIRTH _____ SEX _____

APPEARANCE __PT.60 MAR 2 1 2006__ 20 ____

S __Greenburg__

PHONE NO. _____
 L.A. ☐   18B ☐

STITUTION _____ 20 ____
ED BY _____
DDRESS _____

TELEPHONE _____
RET ☐   L.A. ☐   18B ☐

**RECOGNIZANCE**

ROR _____ 20 ____
BAIL FIXED _____
AMOUNT _____
COURT CLERK _____

COUNSEL PRESENT _____ JUSTICE _____
ON CONSENT OF ADA _____
COURT REPORTER _____
BAILED _____ 20 ____ $ ____
SURETY _____

COURT CLERK _____
ROR REVOKED-BW _____ 20 ____
JUSTICE _____
BAIL FORF.-BW _____ 20 ____
JUSTICE _____
BAIL EXONERATED _____
JUSTICE _____
SURR. BY SURETY _____ 20 ____

**ARRAIGNMENT**   PART __PT.60 MAR 2 1 2006__
PLEA __NOT GUILTY__
JUSTICE __HON. BRENDA SOLOFF__
COUNSEL PRESENT __Greenberg__
ADA PRESENT __SUE-LYNN RAMDHANI__ Xenifi'10
COURT REPORTER _____
INTERPRETER _____
COURT CLERK __J. RUBEL__

**SUBSEQUENT ACTION RE RECOGNIZANCE**
PART _____ 20 ____

**ARTICLE 730 EXAMINATION**
ORDERED _____ 20 ____
JUSTICE _____
COURT CLERK _____
COURT REPORTER _____

JUSTICE _____
ADA PRESENT _____
COUNSEL PRESENT _____
COURT REPORTER _____
COURT CLERK _____

ORDERED _____ 20 ____
JUSTICE _____
COURT CLERK _____
COURT REPORTER _____

PART _____ 20 ____

JUSTICE _____
ADA PRESENT _____
COUNSEL PRESENT _____
COURT REPORTER _____
COURT CLERK _____

**COMMITTED TO COMMISSIONER OF MENTAL HYGIENE:**
DATE _____
JUSTICE _____
ADA _____
DEFENSE ATTORNEY _____
COURT REPORTER _____
INTERPRETER _____
COURT CLERK _____

PART _____ 20 ____

COURT CLERK _____
JUSTICE _____
ADA PRESENT _____
COUNSEL PRESENT _____
COURT REPORTER _____

| | |
|---|---|
| TYPE: DISM <br> COURT CLERK: K. KAPLAN <br> MOTION BY: DEFENSE — PEOPLE — COURT <br> PEOPLE — DEFENSE  CONSENT — OPPOSE <br> DETERMINED: PT. 31  JAN 25 '07  20___ <br> JUSTICE: HON. JAMES A. YATES <br> DETERMINATION: GRANTED AS TO <br> cts 1, 2, 4 <br> See Record | HEARINGS <br> _____ 20___ <br> JUSTICE _____ <br> ADA PRESENT _____ <br> COUNSEL PRESENT _____ <br> COURT REPORTER _____ <br> INTERPRETER _____ <br> DATE COMMENCED _____ 20___ <br> DATE COMPLETED _____ 20___ <br> DECISION _____ 20___ |
| TYPE: DISM  4-5 20 07 <br> COURT CLERK: K.K. <br> MOTION BY: DEFENSE — (PEOPLE) — COURT <br> PEOPLE — DEFENSE  CONSENT — OPPOSE <br> DETERMINED: 4-5 20 07 <br> JUSTICE: YATES <br> DETERMINATION: GRANTED as to remaining <br> cts. | COURT CLERK _____ <br> DAILY COPY ☐ |
| | TYPE _____ 20___ <br> JUSTICE _____ <br> ADA PRESENT _____ <br> COUNSEL PRESENT _____ <br> COURT REPORTER _____ <br> INTERPRETER _____ <br> DATE COMMENCED _____ 20___ <br> DATE COMPLETED _____ 20___ <br> DECISION _____ 20___ |
| TYPE: _____ 20___ <br> COURT CLERK _____ <br> MOTION BY: DEFENSE — PEOPLE — COURT <br> PEOPLE — DEFENSE  CONSENT — OPPOSE <br> DETERMINED _____ 20___ <br> JUSTICE _____ <br> DETERMINATION _____ | COURT CLERK _____ <br> DAILY COPY ☐ |
| | TYPE _____ 20___ <br> JUSTICE _____ <br> ADA PRESENT _____ <br> COUNSEL PRESENT _____ <br> COURT REPORTER _____ <br> INTERPRETER _____ <br> DATE COMMENCED _____ 20___ <br> DATE COMPLETED _____ 20___ <br> DECISION _____ 20___ <br> COURT CLERK _____ <br> DAILY COPY ☐ |
| | DISPOSITION OTHER THAN CONVICTION OR ACQUITTAL <br> PART: PT. 31  APR 5 '0_  20___ <br> COURT CLERK: K. KAPLAN <br> Dom  ADA <br> DISMISSED <br> ADA PRESENT: HON. JAMES A. YATES, JUSTICE <br> COUNSEL PRESENT _____ <br> COURT REPORTER: R. BERKOWITZ <br> INTERPRETER _____ |