UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | AFFIDAVIT OF<br>TERRI ROSENBLATT |
| -against- | 07 Cr. 49 (DAB) |
| ALAN SCHAEFER, | |
| *Defendant.* | |

------------------------------------------------------------X

TERRI ROSENBLATT swears, under the penalty of perjury:

1. I am a law clerk for Gary G. Becker, LLC.

2. On March 7, 2008, I reviewed the official New York County Criminal Court file in <u>People v. Schaefer</u>, Ind. No. 580/2006.

3. In my review of that file, I did not find any documents, correspondence, or any other materials, related to either a request for, or an authorization of, the release of Grand Jury materials from the Manhattan District Attorney's Office to the United States Attorney's Office for the Southern District of New York, or to any federal law enforcement officials.

_____
TERRI ROSENBLATT

Sworn to before me this
7th day of March, 2008

_____
THERESA G. PETERS
Notary Public, State of New York
No. 03-4882379
Qualified in Bronx County
Commission Expires Jan. 5, 2011