

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 28, 2008

**BY FACSIMILE**

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2008
```

Re:  United States v. Alan Schaefer,
     07 Cr. 498 (DAB)

Dear Judge Batts:

The Government respectfully submits this letter to request a one-week extension to file the Government's response to the defendant's pre-trial motions. Pursuant to the current briefing schedule, the defendant's motion was due on March 11, 2008, with the Government's response due on April 4, 2008. Although defense counsel timely filed his motion on March 11, 2008, the Government did not receive its copy until March 17, 2008. Accordingly, the Government respectfully requests a modification of the briefing schedule to allow the Government to file its response brief on or before Friday, April 11, 2008, with the defendant's reply due on or before May 2, 2008. I have discussed this matter with Gary Becker, counsel for the defendant, and he consents to the Government's request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

**SO ORDERED**

*Deborah A. Batts* 3/31/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*Granted DAB 3/31/08*

**MEMO ENDORSED**

cc:   Gary Becker, Esq. (by fax)