

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2008
```

**BY FACSIMILE**

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

   Re: <u>United States v. Alan Schaefer</u>,
     07 Cr. 498 (DAB)

Dear Judge Batts:

   The Government respectfully submits this letter to request an extension to file the Government's response to the defendant's pre-trial motion. Defense counsel filed a pre-trial motion in this case on March 11, 2008. Pursuant to the current briefing schedule, the Government's response to defendant's motion is due on April 11, 2008. Christian R. Everdell, the Assistant United States Attorney handling this case, is out of the office today on an unexpectedly early paternity leave. He will be out until April 21, 2008. Accordingly, the Government respectfully requests a modification of the briefing schedule to allow the Government to file its response brief on or before Monday, May 5, 2008, with the defendant's reply due on or before May 26, 2008. Gary Becker, counsel for the defendant, consents to the Government's request.

*Granted /s/ DAB 4/4/2008*

**SO ORDERED**

*Deborah A. Batts* 4/4/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Mark Lanpher
Assistant United States Attorney
(212) 637-2399

**MEMO ENDORSED**

cc: Gary Becker, Esq. (by fax)