```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    SUPERSEDING
                                        INDICTMENT
          -v.-                     :
                                        S1 08 Cr.
ALAN SCHAEFER,                     :
   a/k/a "AlanSnyc39@aol.com,"          S(       ) 07CR 498
   a/k/a "alansnyc2@hotmail.com,"  :
   a/k/a "alansnyc39@yahoo.com,"
                                   :
                  Defendant.
                                   :
- - - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

In or about July 2005, in the Southern District of New York and elsewhere, ALAN SCHAEFER, a/k/a "AlanSnyc39@aol.com," a/k/a "alansnyc2@hotmail.com," a/k/a "alansnyc39@yahoo.com," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and did attempt so to do, to wit, SCHAEFER used a computer, a telephone, and the Internet to attempt to entice, induce, coerce, and persuade a minor to engage in sexual activity in violation of New York State Penal Law Sections 130.20(1) and (2), 130.25(2), 130.30(1), 130.40(2),



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

130.45(1),and 130.60(2).

(Title 18, United States Code, Section 2422(b).)


_____  _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ALAN SCHAEFER,
a/k/a "AlanSnyc39@aol.com,"
a/k/a "alansnyc2@hotmail.com,"
a/k/a "alansnyc39@yahoo.com,"

Defendant.

---

SUPERSEDING INDICTMENT

S1 08 Cr.

(18 U.S.C. § 2422(b).)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

04/02/08

INDICTMENT FILED

FOX, U.S.