UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :        AFFIRMATION

           - v. -                   :        S1 07 Cr. 498 (DAB)

ALAN SCHAEFER,                      :
     a/k/a "AlanSnyc39@aol.com,"
     a/k/a "alansnyc2@hotmail.com," :
     a/k/a "alansnyc39@yahoo.com,"
                                    :
                Defendant.
                                    :
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK                )
COUNTY OF NEW YORK               )   ss.:
SOUTHERN DISTRICT OF NEW YORK    )

        CHRISTIAN R. EVERDELL, pursuant to Title 28, United

States Code, Section 1746, hereby affirms under penalty of

perjury:

        1.   I am an Assistant United States Attorney in the

Office of Michael J. Garcia, United States Attorney for the

Southern District of New York, and am responsible for the

prosecution of United States v. Alan Schaefer, S1 07 Cr. 498

(DAB).  As such, I have personal knowledge of the facts set forth

in this affirmation.

        2.   Attached is a true and correct copy of the

calendar call in People v. Alan Schaefer, Ind. # 580/06 (Sup. Ct.

N.Y. Co.), on January 25, 2007, before The Honorable James Yates.

I declare under penalty of perjury that the foregoing
is true and correct.

Dated:    New York, New York
          May 5, 2008

                                  /s/ Christian R. Everdell
                              CHRISTIAN R. EVERDELL
                              Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

CHRISTIAN R. EVERDELL deposes and says that he is employed in the Office of the United States Attorney for the Southern District of New York.

That on May 5, 2008, he caused to be served a copy of the foregoing Affirmation of Christian R. Everdell by Federal Express on:

        Gary G. Becker, Esq.
        Gary G. Becker, LLC
        200 West 57th Street, Suite 900
        New York, N.Y. 10019
        (212) 981-1980

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

                    /s/ Christian R. Everdell
                    CHRISTIAN R. EVERDELL

Executed on:   May 5, 2008
              New York, New York