# EXHIBIT B

S.C.C.R-11-Rev 8/00

**SUPREME COURT OF THE STATE OF NEW YORK**

Alan Schaefer

COUNTY OF __NY__

INDICTMENT NO. __580-2006__

DATE OF BIRTH _____ SEX _____

APPEARANCE __PT.60 MAR 2 1 2006__ 20___

\_s\_ __Greenberg__

PHONE NO. _____

L.A. ☐         18B ☐

STITUTION _____ 20___

ED BY _____

DDRESS _____

TELEPHONE _____

RET ☐         L.A. ☐         18B ☐

**RECOGNIZANCE**

ROR _____ 20___

BAIL FIXED _____

AMOUNT _____

COURT CLERK _____

COUNSEL PRESENT _____ JUSTICE

ON CONSENT OF ADA _____

COURT REPORTER _____

BAILED _____ 20___ $_____

SURETY _____

COURT CLERK _____

ROR REVOKED-BW _____ 20___

JUSTICE _____

BAIL FORF.-BW _____ 20___

JUSTICE _____

BAIL EXONERATED _____

JUSTICE _____

SURR. BY SURETY _____ 20___

**ARRAIGNMENT**   PART __PT.60 MAR 2 1 2006__

PLEA __NOT GUILTY__

JUSTICE __HON. BRENDA SOLOFF__

COUNSEL PRESENT __Greenberg__

ADA PRESENT __SUE-LYNN RAMDHANIE__ xoniFi'10

COURT REPORTER _____

INTERPRETER _____

COURT CLERK __J. RUBEL__

**SUBSEQUENT ACTION RE RECOGNIZANCE**

PART _____ 20___

**ARTICLE 730 EXAMINATION**

ORDERED _____ 20___

JUSTICE _____

COURT CLERK _____

COURT REPORTER _____

JUSTICE _____

ADA PRESENT _____

COUNSEL PRESENT _____

COURT REPORTER _____

COURT CLERK _____

ORDERED _____ 20___

JUSTICE _____

COURT CLERK _____

COURT REPORTER _____

PART _____ 20___

JUSTICE _____

ADA PRESENT _____

COUNSEL PRESENT _____

COURT REPORTER _____

COURT CLERK _____

**COMMITTED TO COMMISSIONER OF MENTAL HYGIENE:**

DATE _____

JUSTICE _____

ADA _____

DEFENSE ATTORNEY _____

COURT REPORTER _____

INTERPRETER _____

COURT CLERK _____

PART _____ 20___

COURT CLERK _____

JUSTICE _____

ADA PRESENT _____

COUNSEL PRESENT _____

COURT REPORTER _____

| TYPE: DISM | HEARINGS |
|---|---|
| COURT CLERK K. KAPLAN | |
| MOTION BY: DEFENSE — PEOPLE — COURT | JUSTICE _____ 20 ___ |
| PEOPLE — DEFENSE  CONSENT — OPPOSE | ADA PRESENT _____ |
| DETERMINED PT.31  JAN 2 5 '07  20 ___ | COUNSEL PRESENT _____ |
| JUSTICE HON. JAMES A. YATES | COURT REPORTER _____ |
| DETERMINATION | INTERPRETER _____ |
| GRANTED AS TO | DATE COMMENCED _____ 20 ___ |
| CTS 1, 2, 4 | DATE COMPLETED _____ 20 ___ |
| See Record | DECISION _____ 20 ___ |

| TYPE: DISM  4-5  20 07 | COURT CLERK _____ |
|---|---|
| COURT CLERK K.K. | DAILY COPY ☐ |
| MOTION BY: DEFENSE — (PEOPLE) — COURT | TYPE _____ 20 ___ |
| PEOPLE — DEFENSE  CONSENT — OPPOSE | JUSTICE _____ |
| DETERMINED 4-5 20 07 | ADA PRESENT _____ |
| JUSTICE YATES | COUNSEL PRESENT _____ |
| DETERMINATION | COURT REPORTER _____ |
| GRANTED as to remaining | INTERPRETER _____ |
| CTS. | DATE COMMENCED _____ 20 ___ |
| | DATE COMPLETED _____ 20 ___ |
| | DECISION _____ 20 ___ |

| TYPE: _____ 20 ___ | |
|---|---|
| COURT CLERK _____ | COURT CLERK _____ |
| MOTION BY: DEFENSE — PEOPLE — COURT | DAILY COPY ☐ |
| PEOPLE — DEFENSE  CONSENT — OPPOSE | TYPE _____ 20 ___ |
| DETERMINED _____ 20 ___ | JUSTICE _____ |
| JUSTICE _____ | ADA PRESENT _____ |
| DETERMINATION | COUNSEL PRESENT _____ |
| | COURT REPORTER _____ |
| | INTERPRETER _____ |
| | DATE COMMENCED _____ 20 ___ |
| | DATE COMPLETED _____ 20 ___ |
| | DECISION _____ 20 ___ |
| | COURT CLERK _____ |
| | DAILY COPY ☐ |

DISPOSITION OTHER THAN CONVICTION OR ACQUITTAL

PART PT.31  APR 5 '07  20 ___
COURT CLERK K. KAPLAN
Dom  ADA
DISMISSED
ADA PRESENT _____  HON. JAMES A. YATES, JUSTICE
COUNSEL PRESENT _____
COURT REPORTER R. BERKOWITZ
INTERPRETER _____