USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

                          S1 07 Crim. 498 (DAB)
  - against -                ORDER

ALAN SCHAEFER,
a/k/a "alansnyc2@hotmail.com,"
"alansnyc39@yahoo.com" and
"AlanSnyc.39@aol.com,"

                Defendant.
----------------------------------X
DEBORAH A. BATTS, United States District Judge.

    In a memo-endorsed Order dated January 31, 2008, the Court excluded time in this matter pursuant to 18 U.S.C. § 3161(h)(8)(A) until June 2, 2008 upon finding that a continuance outweighed the Defendant's and the public's interest in a speedy trial in order to allow the Parties to complete the full briefing of Defendant's pre-trial motions. In a another memo-endorsed Order dated April 4, 2008, the Court granted an extension of the briefing schedule, providing that any reply by Defendant shall be filed on or before May 26, 2008. On May 7, 2008, Defendant was arraigned on the Superceding Indictment in this matter before United States Magistrate Judge Frank Maas. Judge Maas ordered that the previous exclusion of time until June 2, 2008 would extend to the Superceding Indictment.

Pursuant to the memo-endorsed Order dated April 4, 2008, the Court deems Defendant's pre-trial motions to be fully submitted. Since the motions are now <u>sub judice</u>, the Court hereby adjourns the next conference in this matter to Monday, July 7, 2008 at 11:00 AM and excludes time between June 2, 2008 and July 7, 2008 pursuant to 18 U.S.C. § 3161(h)(1)(J). SO ORDERED.

Dated:   New York, New York
         May 27, 2008

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge