**MEMO ENDORSED**

LAW OFFICES OF
# GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2008

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

June 30, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Alan Schaefer</u>, 07 Cr. 498 (DAB)

Dear Judge Batts:

The Court has scheduled the next conference in this matter on July 7, 2008. If it pleases the Court, I respectfully request that the conference be re-scheduled to a date convenient to the Court on or after July 9, 2008. The July 7th date conflicts with a two-day personal trip my wife and I were hoping to take. Should the Court grant this request, Mr. Schaefer consents to an exclusion of time under the Speedy Trial Act through the adjourned date due to unavailability of counsel and because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)((3)(A) and (8)(A).

Respectfully submitted,

Gary G. Becker

cc: Christian Everdell, AUSA

*[Handwritten endorsement:]* Due to the unavailability of counsel the Court finds the exclusion of time from 7/7/08 to 7/14/08 at 2:30PM outweighs the interest of the △ and the public in a speedy trial. The next conference shall be held on 7/14/08 at 2:30PM.

**SO ORDERED**

Deborah A. Batts  7/2/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED