USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

      - against -                              07 Cr. 498 (DAB)
                                               ORDER

ALAN SCHAEFER,

                          Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    A trial date in this matter has been set for Monday, November 3, 2008 at 9:30 AM.

    The Parties shall submit their proposed <u>Voir Dire</u> requests to the Court no later than Tuesday, October 14, 2008 at 4:00 PM. Such requests must include: (1) the names of all the people sitting at counsel table during the trial; (2) an alphabetized list of all witnesses who will testify and a list of all the individuals whose name or identity might arise at trial; and (3) if applicable, the names and addresses of any place whose name or description might be raised at the proceedings. The Parties shall submit two hard copies of their <u>Voir Dire</u> requests to Chambers.

    The Government shall submit its proposed Requests to Charge to the Court and to Defendant no later than Tuesday, October 14, 2008 at 4:00 PM. In accordance with this Court's Individual Practices regarding Criminal Trial Rules and Procedures,

Defendant shall respond to the Government's proposed Requests to Charge by Monday, October 20, 2008 at 4:00 PM.

The Government shall submit two hard copies of its Requests to Charge to Chambers along with a copy on compact disk (CD) in WordPerfect format. Defendant shall do likewise with his responses to the Government's Requests to Charge.

SO ORDERED.

Dated:   New York, New York
         September 8, 2008

                                    _____
                                    DEBORAH A. BATTS
                                    United States District Judge