UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
:
-v- : 07-cr-498 (LJL)
:
ALAN SCHAEFER, : ORDER
:
Defendant. :
:
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2020

LEWIS J. LIMAN, United States District Judge:

     IT IS ORDERED that the parties shall appear for a telephonic oral argument on the motion filed today on Monday, April 6, 2020 at 9:00AM. Counsel are directed to call (888) 251-2909 and use access code 2123101. IT IS FURTHER ORDERED that, in advance of such argument, the parties are to meet and confer regarding the terms and conditions of home confinement that would best protect the defendant and the public from health and safety risks, should the Court determine to make a recommendation of home confinement.

     SO ORDERED.

Dated: April 3, 2020
       New York, New York

LEWIS J. LIMAN
United States District Judge