```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
                    Plaintiff,                                    :
:                7-cr-498 (LJL)
         -v-                                                      :
:                ORDER
ALAN SCHAEFER,                                                    :
:
                    Defendant.                                    :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of a letter-motion filed today, April 21, 2020, requesting compassionate release, a sentence modification and immediate release for defendant Alan Schaefer.  IT IS HEREBY ORDERED that the Government respond to Plaintiff's letter-motion by no later than 6:30 p.m. tomorrow, April 22, 2020.


       SO ORDERED.

Dated: April 21, 2020
       New York, New York
                                                       LEWIS J. LIMAN
                                                     United States District Judge