```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
                Plaintiff,                                          :
:    7-cr-498 (LJL)
      -v-                                                              :
:    ORDER
ALAN SCHAEFER,                                                :
:
                Defendant.                                       :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        Defendant may reply to the Government's opposition to Defendant's request for compassionate release (*See* Dkt. Nos. 76-78) by no later than 5:00 p.m. tomorrow, April 23, 2020.

        SO ORDERED.

Dated: April 22, 2020
       New York, New York
                                                    LEWIS J. LIMAN
                                        United States District Judge